The Law Offices of Shimshon Wexler, PC
2710 Broadway, 2FL
New York, New York 10025
Tel (212)760-2400
Fax (917)512-6132
swexleresq@gmail.com

March 19th, 2012



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 3-21-12

VIA FAX (212) 805-7949
Hon. P. Kevin Castel, U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:     Katz v. Sovereign Bank
        S.D.N.Y. Case No. 12-CV-151-PKC

Dear Judge Castel:

     At the March 16th conference, I was directed to provide the Court with a list of cases that I have filed which are currently pending in the Southern District of New York involving the failure of an ATM operator to post a notice that a fee will be charge to non-customers of the bank "in a prominent and conspicuous location on or at the automated teller machine at which the electronic fund transfer is initiated by the consumer".
     The following is a list of these cases:

1.     11-cv-9391- Judge Paul A. Crotty- Yaakov Katz, on behalf of himself and the class v. Extraordinary DVD Video Corp. et al.;
2.     11-cv-9411- Judge Thomas P. Griesa- Yaakov Katz, on behalf of himself and the class v. Slice & Co. Fine Gourmet Brick Oven Pizza, Inc.;
3.     12-cv-152- Judge Richard J. Holwell- Yaakov Katz, on behalf of himself and the class v. Bank Express International, Inc. et al.;
4.     12-cv-269- Judge Barbara S. Jones- Yaakov Katz, on behalf of himself and the class v. First Republic Bank;
5.     12-cv-1085- Judge Barbara S. Jones- Yehudah Katz, on behalf of himself and the class v. Capital One Bank (USA), NA.

Respectfully Yours,

Shimshon Wexler

Cc: By fax (212) 521-5450: Casey Laffey, Esq. and Roy Arnold, Esq.